

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**MELISSA WACHS**
*Senior Counsel*
E-mail:mwachs@law.nyc.gov
Phone: (212) 356-2424
Fax: (212) 356-3509

October 10, 2017

**BY ECF**
Honorable Judge Vera M. Scalon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Anthony Lopez v. City of New York, et al.
17 CV 14223 (FB)(VMS)

Your Honor:

I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York ("City") in the above-referenced matter, in which plaintiff alleges that he was subjected to malicious abuse of process, among other claims. Defendant City and Detective Neve filed a response to the Complaint by way of a pre-motion conference letter today. However, no response to the complaint has yet been interposed for Detective Kevin Desormeau because a representation decision concerning this Detective has not yet been made by this Office, despite diligent efforts by the undersigned. In order that Detective Desormeau's rights be preserved in this action, this Office writes with the hope that the Court *sua sponte* grant a one week extension of time for Detective Desormeau to answer or otherwise respond to the Complaint. Given that all other properly served defendants have now responded to the Complaint, this Office respectfully submits that a one-week enlargement of time of Detective Desormeau's deadline will not unduly delay this action.

Thank you for your consideration herein.

                Respectfully submitted,

                /s/

                Melissa Wachs
                Senior Counsel
                Special Federal Litigation Division

cc:

  Joseph P. Griffin, Esq. (By ECF)
  *Attorney for Plaintiff*