Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 1/30/2018

Case: <u>Lopez v. City of New York</u> 17 Civ. 04223 (FB) (VMS)

<u>ECF Recording in 504N:</u>         ☐ Telephone Conference         ☑ In-person Conference

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

<u>Conference Type:</u>

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder          ☐ To be served    ☐ To be filed
  ☐ Complaint ☐ Answer                       ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                          Date:        Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated           ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                      Date:        Time:

Page 1 of 2

△ will file a letter regarding Dunton issues for △ Cordoba.

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Lopez                                  Civ. A. 17-4223

Date: 1/30/2018

**Additional Orders:**

Note D Cordoba was acquitted in the Queens case but Desormeau was convicted of perjury. The NY County case is still outstanding.

Note Π is planning to file a 440.00 in NY State Court on his state court conviction. Π had met w/ the QCDA / homicide as to possible plea. Π may claim coercion b/c of the misdemeanor / felony offer which Π had to decide about.

Given the anticipated 440.00, the motion to dismiss, and the representation issues, discovery is so stayed until the MTD is decided.

Δ counsel will file a status letter re Dunton issues.

Page 2 of 2