UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Anthony Lopez,

                              Plaintiff,

          -against-

City of New York; Queens County District Attorney's Office; New York City Police Department; Det. Sasha Neve (A.K.A. Sasha Cordoba); Det. Kevin Desormeau; Police Officer Steven Lachlan; Police Sgt. Larry Flunory; Police Sgt. Richard Mezzatesta; Ret. Det. John Barratt; Capt. Vincent Tavalaro; Det. Michael Duffy; Det. Rock Pereira; Det. Daniel Sjoberg; Det. Steven Millwater; Det. Christopher Cruzado; Det. Steven Hillman; Det. Michael O'Brien; Hon. Richard A. Brown; A.D.A. Kaitlin McTague; and A.D.A. Kaitlin Richard Schaeffer; Individually and in their Official Capacities,

                              Defendants.

------------------------------------------------------------------------X

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL AND WITHDRAWAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

17 CV 4223 (FB)(VMS)

       **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiff Anthony Lopez, against defendants, including their successors or assigns, and any and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, arising out of the events alleged in the Complaint in this matter, <u>Anthony Lopez v. City of New York, et al.</u>, 17-CV-4223 (FB)(VMS), are hereby dismissed and withdrawn, with prejudice, and without costs, expenses or attorneys' fees to any party.

Date: May 21, 2018

| | |
|---|---|
| BRILL LEGAL GROUP, P.C.<br>*Attorneys for Plaintiff Anthony Lopez*<br><br>By: _____<br>Peter E. Brill, Esq.<br>150 Motor Parkway, Suite 401<br>Hauppauge, NY 11788<br>Tel: (631) 204-8254 | ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants*<br><br>By: _____<br>Melissa Wachs<br>Senior Counsel<br>Special Federal Litigation Division<br>100 Church Street, Room 3-146<br>New York, New York 10007<br>Tel: (212) 356-2424 |

SO ORDERED:

_____
HONORABLE FREDERIC BLOCK
United States District Judge